# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Sierra L. McMonagle aka Sierra Lessing McMonagle | Chapter: 13 |
| | Bankruptcy No.: 19-12751-amc |
| Debtor | 11 U.S.C. § 362 |

MTGLQ Investors, L.P.

                                  Movant

                        vs.

Sierra L. McMonagle aka Sierra Lessing McMonagle

                                  Debtor

                       and

William C. Miller, Esq.

                                  Trustee

                            RESPONDENTS

## OBJECTIONS OF MTGLQ INVESTORS, L.P. TO CONFIMATION OF DEBTOR`S' PROPOSED CHAPTER 13 PLAN

MTGLQ Investors, L.P., by and through its undersigned attorney, Sarah K. McCaffery, Esquire, hereby objects to the confirmation of the Debtor`s proposed Chapter 13 Plan for the following reasons:

1. The pre-Petition arrears owed to MTGLQ Investors, L.P. are understated on Debtor`s proposed 13 Plan as $57,558.43. The pre-Petition arrears owed to MTGLQ Investors, L.P. are $60,740.61, which is set forth on its Proof of Claim that has been filed with this Court. Accordingly, the 13 Plan does not properly address the pre-Petition claim of MTGLQ Investors, L.P.. *See* 11 U.S.C. Sec. 1325(a)(5).

2. Based on the information provided by Debtor in Schedules I and J, Debtor does not have sufficient monthly income to pay the correct amount of the pre-petition arrears of MTGLQ Investors, L.P. over a sixty (60) month period. Accordingly, Debtor`s proposed Chapter 13 Plan is not financially feasible. *See* 11 U.S.C. Sec. 1325(a)(6).

3. Debtor need(s) to have an additional $53.03 per month in order to pay the arrears of MTGLQ Investors, L.P. only, over a sixty (60) monthly period. There is absolutely no indication or evidence from Debtor`s Schedules that she/he/they has the ability to obtain such additional income. Accordingly, Debtor`s proposed Chapter 13 Plan is not financially feasible. *See* 11 U.S.C. Sec. 1325(a)(6).

4. Due to all of the defects in the Debtor`s proposed Chapter 13 Plan, as aforesaid, such Plan could not have been proposed in good faith. *See* 11 U.S.C. Sec 1325(a)(7).

WHEREFORE, MTGLQ Investors, L.P. prays that its objections be sustained and that confirmation of Debtor`s Chapter 13 Plan be denied.

Respectfully submitted,

/s/ Sarah K. McCaffery
Richard M. Squire, Esq.
M. Troy Freedman, Esq.
Sarah K. McCaffery, Esq.
Chandra M. Arkema, Esq.
One Jenkintown Station, Suite 104
115 West Avenue
Jenkintown, PA 19046
215-886-8790
215-886-8791 (FAX)
rsquire@squirelaw.com
tfreedman@squirelaw.com
smccaffery@squirelaw.com
carkema@squirelaw.com
Attorney for the Objecting Party

Dated: July 8, 2019

00630-4/JHB