**LUONGO BELLWOAR LLP**
**BY: Stanley E. Luongo, Esquire**
**Attorney I.D.: #51828**
**126 West Miner Street**
**West Chester, PA 19382**
**Telephone: (610) 430-6600**
**Facsimile:   (610) 344-7585**                                        **Attorney for: Debtor**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Sierra L. McMonagle | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No. 19-12751-AMC |
| | : | |

# DEBTOR'S ANSWER IN OPPOSITION TO MTGLQ INVESTORS, L.P.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

Debtor, Sierra L. McMongale, by and through her attorney, Stanley E. Luongo, Jr., Esquire respectfully represent the following:

1. Admitted upon information and belief.

2. Admitted.

3. Admitted upon information and belief.

4. It is admitted that debtor is a Defendant in a mortgage foreclosure proceeding in the Chester County Court of Common Pleas, Docket No. 2017-05102-RC.

5. Admitted.

6. Denied. To the extent that payments may be delinquent post-petition debtor would propose to enter into a Stipulation Agreement with Movant prior to the hearing date on this matter to cure any existing arrears. In addition, debtor tendered check number 432 in the amount of $5,000.00 to Movant which was cashed on or about

October 2, 2019.  Debtor also tendered check number 435 in the amount of $1,497.60 to Movant on October 12, 2019.  Said payment has not been cashed by Movant as of this date.

  7.  Denied.

  8.  Denied.

**WHEREFORE**, debtor respectfully requests that this Honorable Court deny the Motion for Relief from the Automatic Stay of MTGLQ Investors, L.P.

        Respectfully Submitted,

        **LUONGO BELLOWAR LLP**

        BY: <u>/s/*Stanley E. Luongo,*</u>
         **Stanley E. Luongo, Jr., Esquire**
         **Counsel for Debtor**

Dated: <u>October 14, 2019</u>