## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Sierra L. McMonagle  aka Sierra Lessing
McMonagle

                             <u>Debtor(s)</u>

CHAPTER 13

BKY. NO. 19-12751 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of AMERICAN HERITAGE CREDIT UNION and index same on the master mailing list.

                          Respectfully submitted,
                         **/s/ Rebecca A. Solarz Esquire**
                         Rebecca A Solarz, Esquire
                         Kevin G. McDonald, Esquire
                         KML Law Group, P.C.
                         701 Market Street, Suite 5000
                         Philadelphia, PA 19106-1532
                         (215) 627-1322