United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 19-12751-amc
Sierra L. McMonagle                                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1              Date Rcvd: May 15, 2020
                            Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2020.
14321120      +MTGLQ Investors, L.P.,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
               Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2020 at the address(es) listed below:
              CHANDRA M. ARKEMA    on behalf of Creditor    U.S. Bank Trust National Association, et al
               carkema@squirelaw.com,  vcosme@squirelaw.com,jberry@squirelaw.com
              CHANDRA M. ARKEMA    on behalf of Creditor    MTGLQ Investors, L.P. carkema@squirelaw.com,
               vcosme@squirelaw.com,jberry@squirelaw.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    West Whiteland Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              SARAH K. MCCAFFERY    on behalf of Creditor    MTGLQ Investors, L.P. sarah.mccaffery@powerskirn.com
              STANLEY E. LUONGO, JR.    on behalf of Debtor Sierra L. McMonagle stan.luongo@luongobellwoar.com,
               nicole.werner@luongobellwoar.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 7

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-12751-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Sierra L. McMonagle
418 Oakland Drive
Downingtown PA 19335

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/14/2020.

Name and Address of Alleged Transferor(s):

Claim No. 3: MTGLQ Investors, L.P., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619

Name and Address of Transferee:

U.S. Bank Trust National Association, et al
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/17/20

Tim McGrath
**CLERK OF THE COURT**