United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sierra L. McMonagle  
    Debtor

Case No. 19-12751-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: Jul 14, 2020  
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2020.
db     +Sierra L. McMonagle,    418 Oakland Drive,    Downingtown, PA 19335-1730

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2020 at the address(es) listed below:

     CHANDRA M. ARKEMA    on behalf of Creditor    U.S. Bank Trust National Association, et al carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com  
     CHANDRA M. ARKEMA    on behalf of Creditor    MTGLQ Investors, L.P. carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com  
     JAMES RANDOLPH WOOD    on behalf of Creditor    West Whiteland Township jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
     REBECCA ANN SOLARZ    on behalf of Creditor    American Heritage Credit Union bkgroup@kmllawgroup.com  
     SARAH K. MCCAFFERY    on behalf of Creditor    MTGLQ Investors, L.P. sarah.mccaffery@powerskirn.com  
     STANLEY E. LUONGO, JR.    on behalf of Debtor Sierra L. McMonagle stan.luongo@luongobellwoar.com, nicole.werner@luongobellwoar.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

                             TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Sierra L. McMonagle aka Sierra Lessing McMonagle<br><br>      Debtor<br><br>AMERICAN HERITAGE CREDIT UNION<br>      Movant<br>    vs.<br><br>Sierra L. McMonagle aka Sierra Lessing McMonagle<br>      Debtor<br><br>James McMonagle  Co-Debtor<br><br>William C. Miller Esq.<br>      Trustee | CHAPTER 13<br><br><br><br>NO. 19-12751 AMC<br><br><br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this ___ day of _____, 2020 at Philadelphia, upon failure of Debtor, the Co-Debtor, and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay and Co-Debtor Stay is granted, and both the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the Co-Debtor stay under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at 418 Oakland Drive, Downingtown, PA 119335 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: July 14, 2020**

                                      United States Bankruptcy Judge.

Sierra L. McMonagle aka Sierra Lessing McMonagle
418 Oakland Drive
Downingtown, PA 19335

James McMonagle
418 Oakland Drive
Downingtown, PA 19335

Stanley E. Luongo Jr.
Luongo Bellwoar LLP
126 West Miner Street
West Chester, PA 19382

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532