**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                          Chapter 13

                          Bankruptcy No. 19-12751-AMC

SIERRA L MCMONAGLE

418 OAKLAND DRIVE

DOWNINGTOWN, PA 19335-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SIERRA L MCMONAGLE

418 OAKLAND DRIVE

DOWNINGTOWN, PA 19335-

Counsel for debtor(s), by electronic notice only.

    STANLEY E. LUONGO JR
    LUONGO BELLWOAR LLP
    126 WEST MINER ST
    WEST CHESTER, PA 19382-

Date: 7/30/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee