**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> SIERRA L MCMONAGLE | Chapter 13 |
| Debtor | Bankruptcy No. 19-12751-AMC |

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: September 15, 2020**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
STANLEY E. LUONGO JR
LUONGO BELLWOAR LLP
126 WEST MINER ST
WEST CHESTER, PA 19382-

Debtor:
SIERRA L MCMONAGLE

418 OAKLAND DRIVE

DOWNINGTOWN, PA 19335-