United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 19-12751-amc
Sierra L. McMonagle                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 2            Date Rcvd: Sep 15, 2020
                              Form ID: pdf900         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2020.
```
db         +Sierra L. McMonagle,    418 Oakland Drive,   Downingtown, PA 19335-1730
14316331   +AES,   P.O. Box 2461,    Harrisburg, PA 17105-2461
14503269   +AMERICAN HERITAGE CREDIT UNION,    C/O KML Law Group,    701 Market Street Suite 5000,
             Philadelphia, PA. 19106-1541
14503521   +American Heritgage Credit Union,    c/o Rebecca A. Solarz, Esq.,    701 Market St., Ste 5000,
             Philadelphia, PA 19106-1541
14343113    ECMC,   PO BOX 16408,    ST PAUL, MN 55116-0408
14316334   +James McMonagle,    418 Oakland Drive,   Downingtown, PA 19335-1730
14321120   +MTGLQ Investors, L.P.,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
             Irvine, CA 92619-5004
14316335   +MTGLQ Investors, L.P.,    9990 Richmond Avenue, Suite 400 South,    Attn: Bankruptcy Department,
             Houston, TX 77042-4546
14316337   +MTGLQ Investors, L.P.,    c/o RAS Crane, LLC,    10700 Abbott's Bridge Road, Suite 170,
             Duluth, GA 30097-8461
14321412   +MTGLQ Investors, LP,    c/o Sarah K. McCaffery, Esq.,    One Jenkintown Station, Suite 104,
             115 West Avenue,    Jenkintown, PA 19046-2031
14316338   +PHEAA,   P.O. Box 8147,    Harrisburg, PA 17105-8147
14502880   +U.S. Bank Trust National Association, et al,    c/o Rushmore Loan Management Services,
             P.O. Box 55004,    Irvine, CA 92619-5004
14380669   +West Whiteland Township,    c/o James R Wood, Esq.,    Portnoff Law Associates,Ltd.,
             2700 Horizon Drive, Suite 100,    King of Prussia, PA 19406-2726
14379971   +West Whiteland Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
             Norristown, PA 19404-3020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Sep 16 2020 05:54:17     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 16 2020 05:54:01
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 16 2020 05:54:11     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14316332   +E-mail/Text: broman@amhfcu.org Sep 16 2020 05:54:08     American Heritage Federal Credit Union,
             2060 Red Lion Road,    Attn: Bankruptcy,   Philadelphia, PA 19115-1699
14316333    E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 16 2020 05:53:47     Internal Revenue Service,
             P.O. Box 7346,   Philadelphia, PA 19101-7346
14316336   +E-mail/Text: Diane@mvrlaw.com Sep 16 2020 05:53:47     MTGLQ Investors, L.P.,
             c/o Martha E. Von Rosenstiel, P.C.,    649 South Avenue, Ste. 7,    Secane, PA 19018-3541
14316339    E-mail/Text: bankruptcy@td.com Sep 16 2020 05:54:06     TD Bank,   1701 Rt. 70 E,
             Attn: Bankruptcy,   Cherry Hill, NJ 08034
14316340   +E-mail/Text: bankruptcydepartment@tsico.com Sep 16 2020 05:54:21     Transworld Systems,Inc.,
             500 Virginia Drive, Ste. 514,    Fort Washington, PA 19034-2733
                                                                                              TOTAL: 8
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*        +West Whiteland Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
             Norristown, PA 19404-3020
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                                       Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: YvetteWD           Page 2 of 2              Date Rcvd: Sep 15, 2020
                              Form ID: pdf900          Total Noticed: 22
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2020 at the address(es) listed below:
              CHANDRA M. ARKEMA    on behalf of Creditor    U.S. Bank Trust National Association, et al
               carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com
              CHANDRA M. ARKEMA    on behalf of Creditor    MTGLQ Investors, L.P. carkema@squirelaw.com,
               vcosme@squirelaw.com,jberry@squirelaw.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    West Whiteland Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              REBECCA ANN SOLARZ    on behalf of Creditor    American Heritage Credit Union
               bkgroup@kmllawgroup.com
              SARAH K. MCCAFFERY    on behalf of Creditor    MTGLQ Investors, L.P. bankruptcy@powerskirn.com
              STANLEY E. LUONGO, JR.    on behalf of Debtor Sierra L. McMonagle stan.luongo@luongobellwoar.com,
               nicole.werner@luongobellwoar.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>SIERRA L MCMONAGLE | Chapter 13 |
| Debtor | Bankruptcy No. 19-12751-AMC |

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

 

_____

**Date: September 15, 2020**         Ashely M. Chan
                                                                Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
STANLEY E. LUONGO JR
LUONGO BELLWOAR LLP
126 WEST MINER ST
WEST CHESTER, PA 19382-

Debtor:
SIERRA L MCMONAGLE

418 OAKLAND DRIVE

DOWNINGTOWN, PA 19335-